IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01146-RPM

TOM TILLER,

    Plaintiff,

v.

AMERICAN SAFETY INDEMNITY COMPANY,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal without Prejudice [10] filed July 22, 2014, it is

    ORDERED that the complaint is dismissed without prejudice, each party to bear their own attorneys fees and costs.

    DATED: July 23rd, 2014

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge